UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN TUER,

    Plaintiff,

vs.                                        HON. AVERN COHN
                                               No. 16-cv-14204

THE UNITED STATES OF AMERICA,
MICHIGAN HEALTH PROFESSIONALS, P.C.,
A Michigan professional corporation,
MICHIGAN UROLOGICAL INSTITUTE, P.C.,
a Michigan professional corporation, and
PATRICK HURLEY, M.D., Jointly and severally.

    Defendants.

_____/

| Matthew L. Turner (P48706) | Robert P. Siemion (P24190) |
|---|---|
| SOMMERS SCHWARTZ, P.C. | Susan J. Zbikowski (P40471) |
| Attorneys for Plaintiff | SIEMION HUCKABAY, P.C. |
| One Towne Square, 17th Floor | Attorneys for Defendants, Michigan Health |
| Southfield, MI 48076 |  Professionals, P.C. [sic], Michigan |
| (248) 355-0300 |  Urological Institute, P.C. and Patrick |
| mturner@sommerspc.com |  Hurley, M.D. |
| | One Towne Square, Suite 1400 |
| | P.O. Box 5068 |
| | Southfield, MI 48086-5068 |
| | (248) 213-2010 |
| | rsiemion@siemion-huckabay.com |
| | szbikowski@siemion-huchkabay.com |

_____/

**STIPULATED ORDER AMENDING CAPTION
AND CORRECTING COMPLAINT**

    Upon the parties' Stipulation, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the caption in the above-entitled matter is amended to reflect the correct corporate name of Defendant, MICHIGAN HEALTH PROFESSIONALS, P.C. to-wit: MICHIGAN HEALTHCARE PROFESSIONALS, P.C.

IT IS FURTHER ORDERED that any reference in the Complaint to Michigan Health Professionals, P.C. shall refer to the correct corporate entity, MICHIGAN HEALTHCARE PROFESSIONALS, P.C.

Dated:  January 3, 2017

s/Avern Cohn
Hon. Avern Cohn
U.S. District Judge

We hereby agree and stipulate to entry
of the foregoing Order:

/s/ Matthew L. Turner
Matthew L. Turner (P48706)
Attorney for Plaintiff

/s/ Robert P. Siemion
Robert P. Siemion (P24190)
Susan J. Zbikowski (P40471)
Attorneys for Defendants, Michigan Health
 Professionals, P.C. [sic], Michigan Urological
 Institute, P.C. and Patrick Hurley, M.D.

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
ONE TOWNE SQUARE • 17th FLOOR • SOUTHFIELD, MICHIGAN 48076 • (248) 355-0300

2